CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

December 05, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 1:25CR52 |
| v. : | |
| : | Violations: 18 U.S.C. § 1711 |
| **ERICK BRANDON HAWKS** : | |
| : | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From in or about September 1, 2023, through in or about November 21, 2023, in the Western District of Virginia, the defendant, ERICK BRANDON HAWKS, being a Postal Service officer or employee, used and converted to his own use money and property coming into his hands and under his control in the execution and under color of his office, employment, and service.

2. All in violation of Title 18, United States Code, Section 1711.

This 5th day of December 2025.


_[signature: Whitney D. Pierce]_
ROBERT N. TRACCI
Acting United States Attorney


USAO No. 2024R00291                    1